UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC., )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>LECKNER CHEVROLET, LLC, *et al.*,   )<br>)<br>Defendants.   )<br>_____ ) | Civil No. 1:20-cv-277 (AJT/MSN) |

## **ORDER**

This matter comes before the Court on Plaintiff AmeriCredit Financial Services, Inc.'s ("Plaintiff") Motion for Default Judgment (the "Motion") [Doc. No. 12] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On November 17, 2020, the Magistrate Judge issued a Report and Recommendation [Doc. No. 16] recommending that judgment be entered for Plaintiff in the amount of $639,863.14. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 12] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendants Leckner Chevrolet, LLC and Carl Leckner, jointly and severally, in the amount of $639,863.14.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendants Leckner Chevrolet, LLC and Carl Leckner at their known addresses.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 13, 2021